DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

VICTOR JONATHAN CAMACHO,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2023-1916

————————————————

May 3, 2024

Appeal from the Circuit Court for Pasco County; Mary M. Handsel,
Judge.

Howard L. Dimmig, II, Public Defender, and Robert D. Rosen, Assistant
Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Tayna Alexander,
Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

    Affirmed.


KELLY, KHOUZAM, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.